# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| V.A.P., | : | No. 223 WAL 2016 |
|---|---|---|
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| J.K.H.-G. AND CYS, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.